# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**Ramon Alberto Soto-Ramos**<br>Mexican Citizen<br>DOB: 1979<br><br>FILED RECEIVED<br>FEB 8 2010<br>CLERK U S DISTRICT COURT<br>DISTRICT OF ARIZONA<br>BY_____ DEPUTY | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**10-04541M** |

| Complaint for violation of Title 18 | United States Code § 111(a) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February 6, 2010, at or near Nogales in the District of Arizona, **Ramon Alberto SOTO-RAMOS** did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with United States Border Patrol agent Joshua Ransom, an officer of the United States, while said officer was engaged in and on account of the performance of his official duties and in the process inflicted bodily injury upon United States Border Patrol agent Joshua Ransom in that **Ramon Alberto SOTO-RAMOS** kicked United States Border Patrol agent Joshua Ransom, in violation of Title 18, United States Code Sections 111(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 6, 2010, BPA Joshua Ransom responded to possible narcotics trafficking in the area of Short Street, near downtown Nogales, Arizona with his partner BPA Albert Garcia. Prior to arriving at Short Street, two subjects had been detained in the vicinity with a small quantity of possible marijuana. An BPA walked two subjects over towards their position on Short Street. One of the subjects was later identified as **Ramon Alberto SOTO-RAMOS**, a Mexican citizen. When they assumed custody of the subject, he was searched. As BPA Ransom tried to place **SOTO-RAMOS** into BPA Damon Jordon's vehicle, **SOTO-RAMOS** kicked BPA Ransom twice, with one kick hitting him in the chest and the other one hitting him in the jaw. BPA Garcia came around the back of the vehicle and secured the door to the back of the vehicle, and BPA Jordan gained control of **SOTO-RAMOS**. **SOTO-RAMOS** was taken to Nogales Border Patrol for further processing. Upon arrival at the station, BPA Ransom requested to go to the hospital so he could have his jaw looked over. He was taken to Holy Cross Hospital, arrived at the emergency room and was looked over by one of the staff doctors. After the exam, it was determined BPA Ransom had suffered a contusion on his left jaw.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**
DETENTION

| REC: DETENTION<br>    Being duly sworn, I declare that the foregoing is<br>    true and correct to the best of my knowledge.<br>AUSA Lee/ajt<br>AUTHORIZED BY: AUSA<br>    Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] | SIGNATURE OF COMPLAINANT<br>(official title)<br><br>OFFICIAL TITLE: BPA Nora Cosgrove<br><br>DATE<br>2/8/2010 |

Case 4:10-cr-00444-CKJ-JR   Document 1   Filed 02/08/10   Page 2 of 2